UNITED STATES DISTRICT COURT
FOR/ THE NORTHERN DISTRICT OF INDIANA

OVER THE COUNTER

HEARTLAND MEMORIAL HOSPITAL, LLC, Debtor

2007 MAR 13 AM 9: 02

v.

Cause No. 07-20188-JPK-7

U.S. BANKRUPTCY COURT
N. DISTRICT OF INDIANA

## APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

ON BEHALF OF  Jeffrey Yessenow
(Party(s) Represented)

(Type or Print Very Neatly)

Prefix (check one):  Mr. ✓   Ms. ☐   Mrs. ☐

Last Name: Wolford      First Name: Thomas      M.I.: C

Generation (Sr., Jr., etc.): _____

Firm Name: NEAL, GERBER & EISENBERG LLP

Street Address: TWO NORTH LASALLE STREET      Suite Number: 2400

City: CHICAGO      State: IL   Zip: 60602   Zip + 4: _____

Office Telephone No.: (312) 269-5675      Fax No.: 312-269-1747

Attorney Registration No.: ARDC NO. 6194526   State: ILLINOIS

Email: twolford@ngelaw.com

### EDUCATION:

College: University of California, Berkeley   Degree: A.B.   Year Completed: 4

Law School: University of California, Berkeley   Year Graduated: 3

Other Post-Graduate Schooling: _____

Currently Admitted to Practice Before:

☐ U.S. Supreme Court      ✓ Seventh Circuit Court of Appeals      ☐ Indiana Supreme Court

Other Jurisdictions: Northern District of Illinois, Eastern Division

**Applicant:** I state that pursuant to N.D. Ind. L.R. 83.5(b), I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I do hereby certify that the statements I have made are true and correct to the best of my knowledge and belief. I also certify there are no current disciplinary actions pending against me.

_____
Signature of Applicant

Dated: March 8, 2007

Considered and approved.

SO ORDERED.

Date  MAR 1 4 2007

_____
Judge, U.S. District Court