IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 07-20188-JPK-7 |
| HEARTLAND MEMORIAL HOSPITAL, LLC, | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Hon. J. Philip Klingeberger |

## ORDER

This matter coming to be heard on DEBTOR'S MOTION TO REJECT EMPLOYMENT CONTRACT (the "Motion"); due notice having been given to all entitled thereto; and this Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

(A)   The Motion is granted.

(B)   Debtor Heartland Memorial Hospital, LLC is authorized to reject the April 21, 2006, Employment Contract, as amended, with Nrupendrarai, Shah, M.D., and such rejection shall be deemed effective as of March 2, 2007.

Dated:   MAR 29 2007

ENTER:

*J. Philip Klingeberger*
UNITED STATES BANKRUPTCY JUDGE

111496