# UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**Hammond Division**

In Re: Debtor(s) (name(s) and address)
Heartland Memorial Hospital, LLC aka Illiana Surgery and Medical Center, LLC
00–0000000
701 Superior Avenue
Munster, IN 46321

Case Number: 07–20188–jpk

Chapter: 11

# **ORDER**

At Hammond , Indiana, on April 4, 2007 .

On March 23, 2007 , a Motion to Compel Abandonment was electronically filed in this case on behalf of NL Ventures V TWG Illiana, L.P. without payment of the $ 150.00 filing fee, as required by 28 U.S.C. § 1930, or the Schedule of Fees of The Judicial Conference of the United States prescribed pursuant thereto. It is hereby

ORDERED that counsel shall fully pay the required fee within three (3) days of this date. The failure to do so will result in the current filing being stricken without further notice. The court will take no further action with regard to the current filing and any time limits associated with it, e.g. 11 U.S.C.§ 362(e), shall not begin to run until this order has been complied with.

J. Philip Klingeberger
_____
Judge, United States Bankruptcy Court

Document No. 261 – 173