UNITED STATES DISTRICT COURT
FOR/ THE NORTHERN DISTRICT OF INDIANA

In re: HEARTLAND MEMORIAL HOSPITAL, LLC

v.

Cause No. 07-20188

## APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

ON BEHALF OF Dr. Jeffrey Yessenow
(Party(s) Represented)

**(Type or Print Very Neatly)**

Prefix (check one): Mr. ☐   Ms. ☑   Mrs. ☐

Last Name: Peterman          First Name: Nancy          M.I.: A.

Generation (Sr., Jr., etc.): _____

Firm Name: Greenberg Traurig, LLP

Street Address: 77 W. Wacker Drive          Suite Number: 2500

City: Chicago          State: IL          Zip: 60601          Zip + 4: _____

Office Telephone No.: 312-456-8400          Fax No.: 312-456-8435

Attorney Registration No.: 6208120          State: Illinois

Email: petermann@gtlaw.com

### EDUCATION:

College: University of Michigan          Degree: B.A, Political Science          Year Completed: 1988

Law School: University of Michigan          Year Graduated: 1991

Other Post-Graduate Schooling: _____

Currently Admitted to Practice Before:

☑ U.S. Supreme Court    ☑ Seventh Circuit Court of Appeals    ☐ Indiana Supreme Court

Other Jurisdictions: United States District Court, Northern District of Illinois

06/22/04          Page 1

**Applicant:** I state that pursuant to N.D. Ind. L.R. 83.5(b), I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I do hereby certify that the statements I have made are true and correct to the best of my knowledge and belief. I also certify there are no current disciplinary actions pending against me.

_____
Signature of Applicant

Dated: 5/1/07

Considered and approved.

SO ORDERED.

Date May 3, 2007

_____
Judge, U.S. ~~District~~ Bankruptcy Court