# UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**Hammond Division**

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Heartland Memorial Hospital, LLC aka Illiana Surgery and Medical Center, LLC<br>00–0000000<br>701 Superior Avenue<br>Munster, IN 46321<br><br>Robert Handler<br>205 West Wacker Drive<br>Suite 918<br>Chicago, IL 60606 | ) Case Number: 07–20188–jpk –jpk<br>)<br>) Chapter: 11 |

## NOTICE OF DOCKET ENTRY

On November 20, 2008, the following entry was made on the docket in this case:

Docket Entry: Hearing held on 11/19/08 RE:(related document(s)[1887]Chapter 11 Plan filed by Official Commitee of Unsecured Creditors of Heartland Memorial Hospital, LLC. APPEARANCES: Atty. Abrams on behalf of Debtor, Atty. Foster on behalf of Disputing Management Group, Attys. Horvay, Leipold and Cox on behalf of Unsecured Creditors Committee, Atty. Froberg on behalf of Associated Bank, Atty. Morlock on behalf of USA/IRS and Atty. David Abrams on behalf of Liquidating Trustee. The plan is confirmed by separate order. It is ORDERED that the court's order entered on 4/30/07 providing for Joint Administration of Case Nos. 07–20188 and 07–20612 is rescinded and that each of those cases will now proceed separately in all respects as a result of confirmation. Matters regarding Interim and Final Professional compensation applications are addressed. (pg, )

Christopher M. DeToro
Clerk, United States Bankruptcy Court
5400 Federal Plaza
Hammond, Indiana 46320

Document No. 2013 – 1887