IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| HEARTLAND MEMORIAL HOSPITAL, LLC ) | |
| ) | Chapter 11 |
| ) | Bankruptcy No. 07-20188 JPK |
| Debtor. ) | |
| ) | |

## STIPULATION AND ORDER FOR MOTION FOR RELIEF FROM AUTOMATIC STAY

Subject to the approval of this Court, the parties hereby stipulate to the following Order Granting Relief from Automatic Stay pursuant to 11 U.S.C. 362(a) for the sole and express purpose of permitting the movant, Dennis Lopez (the "Movant") to proceed with his pre-petition medical malpractice claim (the "Claim") against the Debtor, Heartland Memorial Hospital, LLC a/k/a Illiana Surgery and Medical Center, LLC (the "Debtor"), subject to the following terms and conditions:

1. The Motion is granted and automatic stay is hereby modified for the sole and express purpose of allowing the Movant to name the Debtor as a party in a judicial proceeding filed for purposes of prosecuting their Claim; provided however the automatic stay is not modified to allow the Movant to collect or otherwise recover on his Claim any property of the Debtor or the Debtor's estate, including allowing for any payment by Debtor or from Debtor's estate to cover any deductible or other expenses associated with any insurance policies available to satisfy the claim, which obligation shall be borne by the Movant and the automatic stay is not modified to allow for any such recovery.

2. Following modification of the automatic stay under the express terms of this Order, the Debtor's bankruptcy proceeding does not affect the Movant's right to proceed to trial against the Debtor, as long as the proceeds that are collected are expressly limited to payment by the Debtor's medical malpractice insurer, the Indiana Department of Insurance pursuant to Indiana Code 34-18-1 or sources of recovery other than property of the Debtor or the Debtor's estate.

**WHEREFORE,** the Debtor and Movant pray for a Stipulation and Order for Motion for Relief from Automatic Stay from this Court.

DAVID ABRAMS, NOT INDIVIDUALLY BUT
SOLELY AS THE LIQUIDATING TRUSTEE
AND COURT-APPOINTED MANAGER OF
**HEARTLAND MEMORIAL HOSPITAL, LLC,**

/s/ Laura R. Crowley
Laura R. Crowley  (I.D. #21963-32)
LEE COSSELL KUEHN & LOVE, LLP
127 E. Michigan St.
Indianapolis, IN 46204
Telephone: 317.631.5151
Attorney for Movant
Dennis Lopez

By: /s/ Shawn D. Cox
Shawn D. Cox (I.D. #20074-45)
GOUVEIA & ASSCOIATES
433 West 84th Drive
Merrillville, IN 46410
Telephone: 219.736.6020

Christopher J. Horvay  (I.D. #1263315)
Mark E. Leipold        (I.D. #6194124)
GOULD & RATNER LLP
222 North LaSalle Street, Suite 800
Chicago, IL 60601

APPROVED AND SO ORDERED:

Dated: September 2, 2009

_____
Judge, United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0755-2           User: cag                    Page 1 of 1                   Date Rcvd: Sep 03, 2009
Case: 07-20188                 Form ID: pdf004              Total Noticed: 2

The following entities were noticed by first class mail on Sep 05, 2009.
dbpos        +Heartland Memorial Hospital, LLC,   701 Superior Avenue,   Munster, IN 46321-4037
aty          +Laura Crowley,   127 E. Michigan Street,   Indianapolis, IN 46204-1593

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 05, 2009**                    Signature:    _Joseph Speetjens_