UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| HEARTLAND MEMORIAL HOSPITAL, LLC | ) CASE NO. 07-20188 |
| | ) Chapter 11 |
| Debtor. | ) |

ORDER OF DISMISSAL WITH PREJUDICE

IT IS ORDERED that the Motion filed as Record No. 2287 by Jeffrey Yessenow on May 22, 2012, is dismissed with prejudice.

Dated at Hammond, Indiana on March 27, 2013.

/s/ J. Philip Klingeberger
J. Philip Klingeberger, Judge
United States Bankruptcy Court

Distribution:
Debtor, Attorney for Debtor
Trustee, US Trustee