UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| Heartland Memorial Hospital, LLC | ) | |
| Debtor | ) | 07 B 20188-JPK |

ORDER APPROVING STIPULATION AND AWARDING
STIPULATED FINAL CHAPTER 11 FEES AND EXPENSES TO
ROBERT P. HANDLER, THE DESIGNATED RESPONSIBLE
PERSON OF HEARTLAND MEMORIAL HOSPITAL, LLC

This cause coming to be heard upon the "**Motion to Approve Stipulation and Awarding Stipulated Final Chapter 11 Fees and Expenses to Robert P. Handler, the Designated Responsible Person of Heartland Memorial Hospital, LLC" (the "Motion")**, presented by David Abrams (the "Trustee"), the Liquidating Trustee and the Court-Appointed manager of the Heartland Memorial Hospital, LLC ("Heartland"), by his attorney, pursuant to which the Trustee is seeking the entry of an Order approving the "Stipulation" entered into by and between the Trustee and Robert P. Handler ("Handler"), not individually but solely as the Designated Responsible Person of Heartland, pursuant to the terms of which the Trustee will pay Handler $30,000.00 in satisfaction of his total Chapter 11 Administrative Claim including the fees and expense reimbursement Handler is seeking in his "*Designated Responsible Person's Application for Approval of Fees and Expenses*" (the "Handler Motion"), in which Handler is seeking $38,505.00 in compensation and $499.14 as reimbursement of expenses for a total award of $39,004.14.

THE COURT HEREBY FINDS THAT:

A.    Notice of the Motion and an opportunity to object thereto was provided electronically, via the Court's ECF System, to the United States Trustee and all parties and

proposed order granting rh stip motion 10 6 15

1

entities or their counsel who have filed a notice of appearance through the Court's ECF System, which includes Sugar & Felsenthal LLP and Gouveia & Associates and which notice the Court hereby finds is appropriate under the particular circumstances under the Bankruptcy Code and in accordance with any other applicable law, and

   B. No objection to the Motion or the transactions contemplated thereunder have been presented to the Court.

IT IS THEREFORE ORDERED that:

1. The Motion is hereby granted;

2. The Stipulation is hereby approved;

3. The Trustee is hereby authorized to pay to Robert P. Handler $30,000.00 in satisfaction of his total Chapter 11 Administration Claim and the fees and expense reimbursement Handler is seeking in the Handler Motion; and

4. The Handler Motion is hereby deemed to be withdrawn.

SO ORDERED this 11 day of Nov., 2015

_____ JS 104
The Honorable J. Philip Klingeberger

Order Prepared by:
Chester H. Foster, Jr.
Foster Legal Services, PLLC
19612 Beechnut Drive
Mokena, IL 60430
(708) 799-6300
ARDC# 03122632

proposed order granting rh stip motion 10 6 15

2